# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KADI CHANNELL, Individually and as Parent and Next Friend of J.C., a minor<br>Plaintiffs,<br><br>v.<br><br>CHICAGO BOARD OF EDUCATION a/k/a CHICAGO PUBLIC SCHOOLS<br>Defendant. | The Honorable Robert M. Dow, Jr.<br><br>Case No. 21-cv-04812 |

## JOINT STIPULATION TO DISMISS

Plaintiffs, Kadi Channell, Individually and as Parent and Next Friend of J.C., and Defendant Board of Education of the City of Chicago, by and through their respective counsel, and to pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of the above-captioned matter with prejudice, each party to bear her or its own attorneys' fees and costs.

STIPULATED AND AGREED TO:

s/ Charles Petrof
Plaintiffs, Kadi Channell, et al.,
Charles R. Petrof
Access Living of Metropolitan Chicago One of Plaintiffs' Attorneys
115 W. Chicago Ave.
Chicago, Illinois 60654
Phone: (312) 640-2124
Fax: (312 640-2139
TTY: (312) 640-2169
E-mail: cpetrof@accessliving.org

Jacqueline Ross
*Civitas* ChildLaw Clinic
Loyola University Chicago School of Law
25 E. Pearson St., 11th Floor
Chicago, Illinois 60611
Phone (847) 542-9838
E-mail: jross10@luc.edu

STIPULATED AND AGREED TO:

s/ J. Ernest Mincy
For Defendant Board of Education of the City of Chicago
Christy L. Michaelson
J. Ernest Mincy
Kaitlin T. Salisbury
Board of Education of the City of Chicago
1 North Dearborn
Suite 900
Chicago, IL 60602
(773) 553−1600
Email: clmichaelson@cps.edu
    Jemincy1@cps.edu
    ktsalisbury@cps.edu

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically filed the foregoing **JOINT STIPULATION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

Christy L. Michaelson
J. Ernest Mincy
Kaitlin T. Salisbury
Board of Education of the City of Chicago
1 North Dearborn
Suite 900
Chicago, IL 60602
(773) 553−1600
Email: clmichaelson@cps.edu
Jemincy1@cps.edu
ktsalisbury@cps.edu

Dated: January 11, 2022                                         Respectfully submitted,

Charles R. Petrof                                               /s/Charles R. Petrof
Access Living of Metropolitan Chicago                           One of Plaintiffs' Attorneys
115 W. Chicago Ave.
Chicago, Illinois 60654
Phone: (312) 640-2124
Fax:     (312 640-2139
TTY:    (312) 640-2169
E-mail: cpetrof@accessliving.org